## JONES V. THE STATE.

(Decided December 21, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. FRANK CAHALAN.

No counsel marked for appellee. ROBERT C. BRIC-KELL, Attorney General, and BORDEN BURR, for State.

ANDERSON, J.—No error in record. Affirmed. All the Justices concur.

---

## KILBY FROG & SWITCH CO. V. HATHORN, ET AL.

(Decided November 14, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

J. T. STOKELY and R. H. SCRIVNER, for appellant. ULLMAN & WINKLER, for appellee.

Per curiam. Dismissed by agreement.

---

## LAWHON V. LINDSEY.

(Decided December 4, 1912.)

APPEAL from Marion Chancery Court.

Heard before Hon. W. H. SIMPSON.

E. B. & K. E. FITE, for appellant. C. E. MITCHELL, for appellee.

MCCLELLAN, J.—Affirmed on the facts. All the Justices concur.

---

## LOUISVILLE & NASHVILLE R. R. CO. V. SIMS.

(Decided November 19, 1912.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

R. TYLER GOODWYN, for appelant. No counsel marked for appellee.

Per curiam. Dismissed by appellant.